```
 1  SESSIONS & KIMBALL LLP
 2  Stephen C. Kimball (State Bar No.: 152537)
    Melissa A. Petrofsky (State Bar No. 251806)
 3  sck@job-law.com
    map@job-law.com
 4  23456 Madero, Suite 170
    Mission Viejo, California 92691
 5  Telephone: (949) 380-0900
    Facsimile: (949) 380-8283
 6
    Attorneys for Plaintiff
 7  JOSEPHINE M. ARENAS

 8  LECLAIRRYAN, LLP
    Michael P. MacHarg, State Bar No. 201246
 9  michael.macharg@leclairryan.com
    Gary P. Simonian, State Bar No. 177747
10  Gary.simonian@leclairryan.com
11  888 S. Figueroa Street , Suite 1800
    Los Angeles, CA 90017
12  Tel:  (213) 488-0503
    Fax:  (213) 624-3755
13
    Attorneys for Defendants
14  HD SUPPLY MANAGEMENT, INC.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE M. ARENAS, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HD SUPPLY MANAGEMENT, INC., a Florida Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. SACV11-1153 AG (MLGx)<br><br>*Assigned to Honorable*<br>*Andrew J. Guilford*<br><br>**ORDER TO DISMISS CLAIMS WITH PREJUDICE**<br><br>**[Filed Concurrently with Joint Stipulation of Dismissal with Prejudice]**<br><br>Complaint Filed: July 12, 2011<br><br>Trial Date: None Set. |

-1-
**ORDER TO DISMISS CLAIMS WITH PREJUDICE**

## ORDER

UPON REVIEW OF THE FOREGOING MATTERS, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The instant action is hereby, dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED

Dated: January 27, 2012

_____

**Hon. Andrew J. Guilford**
U.S. District Court